# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | ) ) ) | **CASE NO. 8:10CV464** |
| **Plaintiff,** | ) | |
| v. | ) ) | **RECUSAL ORDER** |
| **ANTHONY JOHNSON d/b/a WINDWARD FINANCIAL GROUP,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 12th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge