IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) | CASE NO. 8:10CV464 |
| Plaintiff, | ) ) ) | CONSENT JUDGMENT |
| v. | ) ) | |
| ANTHONY JOHNSON d/b/a WINDWARD FINANCIAL GROUP, | ) ) ) | |
| Defendant. | ) | |

    This cause, having come to be heard on the Parties' Stipulated Motion for Entry of Consent Judgment (Filing No. 24) and the affidavit submitted by Plaintiff United of Omaha Life Insurance Company ("Plaintiff"), has now been considered by the Court, which makes the following findings:

    1.    Plaintiff filed its Complaint in this matter on December 23, 2010 (Filing No. 1).

    2.    Defendant Anthony Johnson ("Defendant") was duly served with a Summons and copy of the Complaint in this matter on February 11, 2011.

    3.    Plaintiff filed its Proof of Service in this matter on March 3, 2011 (Filing No. 10).

    4.    Defendant filed an Answer to Plaintiff's Complaint on March 4, 2011 (Filing No. 11).

    5.    The parties have engaged in settlement negotiations over the past several months with respect to a resolution of this matter.

    6.    Defendant, for purposes of this Consent Judgment and the Parties' Stipulated Motion for Entry of Consent Judgment, admits the following:

        a.    This Court has subject matter jurisdictions over this matter.

        b.    This Court has personal jurisdiction over Defendant in this matter.

        c.    Venue is proper in this matter.

      d.    Paragraphs, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, and 23 of Plaintiff's Complaint in this matter are true and correct, and the allegations therein are fully admitted by Defendant.

    7.    Defendant fully admits that his actions, as described in Plaintiff's Complaint, satisfy all elements of Plaintiff's causes of action for Breach of Contract and for Fraudulent Misrepresentation.

    IT IS ORDERED THAT:

    1.    The Stipulated Motion for Entry of Consent Judgment (Filing no. 24) is granted.

    2.    Judgment is entered against Defendant Anthony Johnson d/b/a Windward Financial Group, on all causes of action alleged in Plaintiff's Complaint in this matter, in the amount of $203,519.31 and shall accrue post-judgment interest at 0.180 % per annum.

    Dated:   October 26, 2011

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

Approved By:

*[signature]*

Luke J. Klinker, #23419
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
402) 341-6000
lklinker@fraserstryker.com
ATTORNEYS FOR PLAINTIFF

*[signature]*

Anthony Johnson, Defendant, pro se

591680.02